**Order entered November 4, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00311-CR

**RONNIE LECHARLES LANDON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 20-40001-86-F**

### ORDER

Before the Court is appellant's November 1, 2021 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before November 29, 2021. Further extensions are disfavored.

/s/     ERIN A. NOWELL
        JUSTICE